# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00656-CR

**Gary Bean, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. CR-20-3373-A, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R  A N D  M E M O R A N D U M  O P I N I O N

**PER CURIAM**

Appellant's appointed counsel has filed a motion to withdraw, explaining that her change in employment requires her to withdraw. We grant the motion to withdraw, abate the appeal, and remand the matter to the trial court to appoint substitute counsel to represent appellant in this appeal. In addition, the trial court shall order the appropriate supplemental clerk's record to be prepared and forwarded to this Court not later than May 19, 2023.

It is so ordered April 21, 2023.

Before Justices Baker, Smith, and Jones*

Abated and Remanded

Filed: April 21, 2023

Do Not Publish

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).